UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UTILITY SERVICE CORPORATION OF HUNTSVILLE, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | NO. 3:18-cv-00460 JUDGE RICHARDSON |
| GROUND SUPPORT, LLC, | ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 43), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Court **GRANTS** default judgment against Ground Support on Utility Service Corporation of Huntsville's ("USCH") claims (Doc. No. 1); **DISMISSES WITHOUT PREJUDICE** Grounds Support's counterclaim against USCH (Doc. No. 19); and **DENIES AS MOOT** USCH's motion to strike Ground Support's answer and counter-claim (Doc. No. 40).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE